# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| SHAMEKA BOLTON, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br>   v.<br>U.S. NURSING CORP., and DOES 1 through 50., inclusive,<br><br>              Defendants.<br>_____/ | No. C 12-04466 LB<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REQUIRING THE PARTIES TO FILE PROPOSED CASE DEADLINES** |

The parties' CMC statement contains no proposed scheduling dates. The court requires litigants to provide the court with a proposed case schedule. The chart below contains a list of the required dates and the parties are ORDERED to meet and confer and fill it out. The court continues the case management conference previously scheduled for January 30, 2013 until February 21, 2013. The parties shall file and an updated joint case management conference statement containing the completed chart and any new information relevant for the case management conference no later than February 13, 2013.

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Date to seek leave to add new parties or amend the pleadings | |
| Updated Joint Case Management Conference Statement | |
| Further Case Management Conference | at 10:30 a.m. |
| ADR completion date | |
| Last day to hear motion for class certification | |
| Non-expert discovery completion date | |
| Expert disclosures required by Federal Rules of Civil Procedure | |
| Rebuttal expert disclosures | |
| Expert discovery completion date | |
| Last hearing date for dispositive motions | at 11:00 a.m. |
| Meet and confer re pretrial filings | |
| Pretrial filings due | |
| Oppositions, Objections, Exhibits, and Depo Designations due | |
| Final Pretrial Conference | at 10:30 a.m. |
| Trial | at 8:30 a.m. |
| Length of Trial | 14 days |

**IT IS SO ORDERED.**

**Dated: January 28, 2013**

**LAUREL BEELER**
**United States Magistrate Judge**

C 12-04466 LB (ORDER)

2