CHAVEZ & GERTLER LLP
Jonathan E. Gertler (Bar No. 111531)
Dan L. Gildor (Bar No. 223027)
42 Miller Avenue
Mill Valley, California 94941
Tel:   (415) 381-5599
Fax:   (415) 381-5572

ANDRUS ANDERSON LLP
Lori E. Andrus (Bar No. 205816)
155 Montgomery Street
San Francisco, CA 94104
Tel:   (415) 986-1400
Fax:   (415) 986-1474

*Attorneys for Plaintiff SHAMEKA BOLTON*
*the Proposed Class and Subclass*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEKA BOLTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. NURSING CORP., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No: C-12-04466 LB<br><br><u>CLASS ACTION</u><br><br>**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT/PROPOSED CASE MANAGEMENT SCHEDULE**<br><br>Judge: Hon. Mag. Laurel Beeler<br>Date: February 21, 2013<br>Time: 10:30 a.m.<br>Crtrm.: C – 15th Floor |

Pursuant to the Court's Order Continuing Case Management Conference And Requiring The Parties To File Proposed Case Deadlines, Plaintiff Shameka Bolton ("Plaintiff") and Defendant U.S. Nursing Corp. ("U.S. Nursing") submit the following Proposed Case Management Schedule.

//

//

//

1

PROPOSED CASE MANAGEMENT SCHEDULE

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---:|
| Mediation/ADR Completion Date | April 3, 2013 |
| Date to seek leave to add new parties or amend the pleadings | September 12, 2013 |
| Deadline to file Class Certification Motion | October 7, 2013 |
| Deadline to file Opposition to Class Certification | November 7, 2013 |
| Deadline to file Reply to Class Certification Motion | November 25, 2013 |
| Hearing on Class Certification | December 13, 2013 |
| Updated Joint Case Management Conference Statement | January 3, 2014 |
| Further Case Management Conference | January 10, 2014 at 10:30 a.m. |
| Expert disclosures required by Federal Rules of Civil Procedure | January 10, 2014 |
| Rebuttal expert disclosures | January 24, 2014 |
| Expert and Non-Expert discovery completion date | February 28, 2014 |
| Last hearing date for dispositive motions | March 21, 2014 at 11:00 a.m. |
| Meet and confer re pretrial filings | March 28, 2014 |
| Pretrial filings due | April 4, 2014 |
| Oppositions, Objections, Exhibits, and Depo Designations due | April 18, 2014 |
| Final Pretrial Conference | April 24, 2014 at 10:30 a.m. |
| Trial | May 5, 2014 at 8:30 a.m |
| Length of Trial | 10 days |

//

//

//

Respectfully submitted,

| | |
|---|---|
| Dated: February 13, 2013 | Dated: February 14, 2013 |
| ANDRUS ANDERSON LLP | PAUL HASTINGS LLP |
| By: */s/ Lori E. Andrus* <br>     Lori E. Andrus | By: */s/ Thomas E. Geidt* <br>     Thomas E. Geidt |
| Lori E. Andrus (SBN 205816)<br>ANDRUS ANDERSON LLP<br>155 Montgomery Street<br>San Francisco, CA 94104<br>Tel:   (415) 986-1400<br>Fax:   (415) 986-1474<br>lori@andrusanderson.com<br><br>CHAVEZ & GERTLER LLP<br>Jonathan E. Gertler (SBN 111531)<br>Dan L. Gildor (SBN 223027)<br>42 Miller Avenue<br>Mill Valley, California 94941<br>Tel:   (415) 381-5599<br>Fax:   (415) 381-5572<br>jon@chavezgertler.com<br>dan@chavezgertler.com<br><br>*Attorneys for Plaintiff and the Proposed Class and Subclass* | Thomas E. Geidt (SBN 080955)<br>Paul W. Cane, Jr. (SBN 100458)<br>Jeffrey P. Michalowski (SBN 248073)<br>Chase W. Ensign (SBN 275035)<br>PAUL HASTINGS LLP<br>55 Second Street<br>Twenty-Fourth Floor<br>San Francisco, CA 94105-3441<br>Tel.:   (415) 856-7000<br>Fax:   (415) 856-7100<br><br>tomgeidt@paulhastings.com<br>paulcane@paulhastings.com<br>jeffmichalowski@paulhastings.com<br>chaseensign@paulhastings.com<br><br>*Attorneys for Defendant* |

## ECF CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: February 13, 2013

/s/ *Lori E. Andrus*
Lori E. Andrus
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:     (415) 986-1400
Facsimile:     (415) 986-1474
lori@andrusanderson.com

# CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2013, I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                                               */s/ Lori E. Andrus*